No. 21-13104 (No. 21-13444)

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

STATE OF ALABAMA, et al.,
*Appellants*,

v.

UNITED STATES ARMY CORPS OF ENGINEERS, et al.,
*Appellees*.

On Appeal from the United States District Court
for the Northern District of Georgia, Case No. 1:18-MI-00043-TWT

## APPELLANTS NATIONAL WILDLIFE FEDERATION, FLORIDA WILDLIFE FEDERATION, AND APALACHICOLA BAY AND RIVER KEEPER'S RENEWED UNOPPOSED MOTION TO SEVER APPEALS

TANIA GALLONI
FL Bar No. 619221
CHRISTINA I. REICHERT
FL Bar No. 114257
Earthjustice
4500 Biscayne Blvd., Ste. 201
Miami, FL 33137
T: (305) 440-5433
F: (850) 681-0020
tgalloni@earthjustice.org
creichert@earthjustice.org

BONNIE MALLOY
FL Bar No. 86109
Earthjustice
111 S. MLK Jr. Blvd.
Tallahassee, FL
T: (850) 681-0031
F: (850) 681-0020
bmalloy@earthjustice.org

*Attorneys for Appellants National Wildlife Federation, Florida Wildlife Federation, and Apalachicola Bay and River Keeper*

*State of Alabama, et al. v. U.S. Army Corps of Engineers, et al.,* Appeal Nos. 21-13104, 21-13444

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT[1]

1. Ackerman, Georgia (Standing Declarant)

2. Allen, John C. (Attorney for Appellee / Intervenor State of Georgia)

3. Allen, Kenneth W. (Attorney for Appellee / Intervenor State of Georgia)

4. Andre, Abigail (Attorney for Amici Curiae in the District Court: Calhoun County, Fla., Franklin County, Fla., Liberty County, Fla., Jackson County, Fla., Florida Coastal Conservation Association, Trip Aukeman, Albert Bryant, Shannon Hartsfield, Lynn Martina, Kevin Martina, Carmen McLemore, Daniel Taunton, Richard Bickel, Thomas Ward, and City of Apalachicola, Fla.)

5. Apalachee Audubon Society (Amicus Curiae in the District Court)

6. Apalachicola Bay and River Keeper (Appellant)

7. Atlanta Regional Commission (Appellee / Intervenor)

8. Aukeman, Trip (Amicus Curiae in the District Court)

9. Balthrop, Mary (Standing Declarant)

10. Bickel, Richard (Amicus Curiae in the District Court)

---

[1] Additions to the CIP are marked with an "*."

11.   Boies Schiller Flexner LLP (Attorneys for Amici Curiae in the District Court Robert Graham and Gwendolyn Graham)

12.   Brock, Virginia (Standing Declarant)

13.   Bryant, Albert (Amicus Curiae in the District Court)

14.   Calhoun County, Fla. (Amicus Curiae in the District Court)

15.   Carr, Christopher M. (Attorney for Appellee / Intervenor State of Georgia)

16.   Chapman, Jeremy J. (District Commander for Mobile District of the U.S. Army Corps of Engineers)

17.   City of Apalachicola, Fla. (Amicus Curiae in the District Court)

18.   City of Atlanta, Ga. (Appellee / Intervenor)

19.   City of Gainesville, Ga. (Appellee / Intervenor)

20.   Cobb-County Marietta Water Authority (Appellee / Intervenor)

21.   Coe, Alisa (Attorney for Appellants National Wildlife Federation, Florida Wildlife Federation, and Apalachicola Bay and River Keeper)

22.   DeKalb County, Ga. (Appellee / Intervenor)

23.   DeLapp, James A. (Appellee)

24.   Drumm, Starr T. (Attorney for Appellant State of Alabama)

25. Dycus, John P. (Attorney for Appellants National Wildlife Federation, Florida Wildlife Federation, and Apalachicola Bay and River Keeper)

26. Earthjustice (Attorneys for Appellants National Wildlife Federation, Florida Wildlife Federation, and Apalachicola Bay and River Keeper)

27. Ellerhorst, Shelly J. (Attorney for Appellee / Intervenor State of Georgia)

28. Fellows LaBriola, LLP (Attorneys for Appellant State of Alabama)

29. Florida Coastal Conservation Association (Amicus Curiae in the District Court)

30. Florida Wildlife Federation (Appellant)

31. Forsyth County, Ga. (Appellee / Intervenor)

32. Fortuna, John L. (Attorney for Appellees / Intervenors Atlanta Regional Commission, Cobb County-Marietta Water Authority, DeKalb County, Ga., Forsyth County, Ga., Fulton County, Ga., Gwinnett County, Ga., City of Atlanta, Ga., and City of Gainesville, Ga.)

33. Franklin County, Fla. (Amicus Curiae in the District Court)

34. Fuller, Manley (Standing Declarant)

35. Fulton County, Ga. (Appellee / Intervenor)

36.     Galloni, Tania (Attorney for Appellants National Wildlife Federation, Florida Wildlife Federation, and Apalachicola Bay and River Keeper)

37.     Gormley, Neil E. (Attorney for Appellants National Wildlife Federation, Florida Wildlife Federation, and Apalachicola Bay and River Keeper)

38.     Graham, Gwendolyn (Amicus Curiae in the District Court)

39.     Graham, Robert (Amicus Curiae)

40.     Gray, Michael T. (Attorney for Federal Appellees)

41.     Gretchen, Michael C. (Attorney for Appellant State of Alabama)

42.     Gwinnett County, Ga. (Appellee / Intervenor)

43.     *Harris, Michael R. (Attorney for Proposed Amici Curiae: Franklin County, Fla., Trip Aukeman, Richard Bickel, Albert Bryant, Shannon Hartsfield, Lynn Martina, Carmen McLemore, Daniel Taunton, Thomas Ward, The City of Apalachicola, Fla., Calhoun County, Fla., Liberty County, Fla., The Florida Coastal Conservation Association and Kevin Martina)

44.     Hartsfield, Shannon (Amicus Curiae in the District Court)

45.     Hill, Brandt P. (Attorney for Appellant State of Alabama)

46.     Hood, Laurie (Standing Declarant)

47.　Jackson County, Fla. (Amicus Curiae in the District Court)

48.　*Jackson, Robert B., IV (Attorney for Proposed Amici Curiae: Franklin County, Fla., Trip Aukeman, Richard Bickel, Albert Bryant, Shannon Hartsfield, Lynn Martina, Carmen McLemore, Daniel Taunton, Thomas Ward, The City of Apalachicola, Fla., Calhoun County, Fla., Liberty County, Fla., The Florida Coastal Conservation Association and Kevin Martina)

49.　Jay, Andrew (Standing Declarant)

50.　Jon L. Schwartz, Attorney at Law, P.C. (Attorneys for Amici Curiae in the District Court Robert Graham and Gwendolyn Graham)

51.　Jones, Lewis B. (Attorney for Appellees / Intervenors Atlanta Regional Commission, Cobb County-Marietta Water Authority, DeKalb County, Ga., Forsyth County, Ga., Fulton County, Ga., Gwinnett County, Ga., City of Atlanta, Ga., and City of Gainesville, Ga.)

52.　Jones Fortuna LP (Attorneys for Appellees / Intervenors Atlanta Regional Commission, Cobb County-Marietta Water Authority, DeKalb County, Ga., Forsyth County, Ga., Fulton County, Ga., Gwinnett County, Ga., City of Atlanta, Ga., and City of Gainesville, Ga.)

53. Kazmarek Mowrey Cloud Laseter LLP (Attorneys for Appellee / Intervenor State of Georgia)

54. Kelley, Jason E. (Division Commander for the South Atlantic Division of the U.S. Army Corps of Engineers)

55. Kim, Todd (Assistant Attorney General and Attorney for Federal Appellees)

56. King & Spalding LLP (Attorneys for Appellees / Intervenors Atlanta Regional Commission, Cobb County-Marietta Water Authority, DeKalb County, Ga., Forsyth County, Ga., Fulton County, Ga., Gwinnett County, Ga., City of Atlanta, Ga., and City of Gainesville, Ga.)

57. Kirkland & Ellis LLP (Attorneys for Appellee / Intervenor State of Georgia)

58. Korte, Brett (Attorney for Amicus Curiae in the District Court Robert Graham and Gwendolyn Graham)

59. LaBriola, Stephen T. (Attorney for Appellant State of Alabama)

60. LaCour, Jr., Edmund G. (Attorney for Appellant State of Alabama)

61. Lamont, Douglas (Appellee)

62.   Law Office of Barbara Sanders (Attorney for Amici Curiae in the District Court St. George Island Civic Club, Inc., and St. George Plantation Owners' Association, Inc.)

63.   Liberty County, Fla. (Amicus Curiae in the District Court)

64.   Luebkemann, Jordan (Attorney for Appellants National Wildlife Federation, Florida Wildlife Federation, and Apalachicola Bay and River Keeper)

65.   Malloy, Bonnie (Attorney for Appellants National Wildlife Federation, Florida Wildlife Federation, and Apalachicola Bay and River Keeper)

66.   Marshall, Steven (Attorney for Appellant State of Alabama)

67.   Martina, Kevin (Amicus Curiae in the District Court)

68.   Martina, Lynn (Amicus Curiae in the District Court)

69.   Maynard Nexsen (Attorneys for Appellant State of Alabama)

70.   Maynard, Cooper & Gale, P.C. (Attorneys for Appellant State of Alabama)

71.   McLemore, Carmen (Amicus Curiae in the District Court)

72.   Mills, Jon (Attorney for Amicus Curiae Robert Graham and Amicus Curiae in the District Court Gwendolyn Graham)

73. National Wildlife Federation (Appellant)

74. Neiman, Jr., John C. (Attorney for Appellant State of Alabama)

75. Ocean Conservancy (Amicus Curiae in the District Court)

76. Patton Dycus Law, LLC (Attorneys for Appellants National Wildlife Federation, Florida Wildlife Federation, and Apalachicola Bay and River Keeper in the District Court)

77. Petraney, Stephen J. (Attorney for Appellee / Intervenor State of Georgia)

78. Pinkham, Jaime A. (Acting Assistant Secretary of the U.S. Army for Civil Works)

79. Primis, Craig S. (Attorney for Appellee / Intervenor State of Georgia)

80. Reichert, Christina I. (Attorney for Appellants National Wildlife Federation, Florida Wildlife Federation, and Apalachicola Bay and River Keeper)

81. Roady, Stephen E. (Attorney for Amici Curiae in the District Court Apalachee Audubon Society and Ocean Conservancy)

82. Rodriguez, Gonzalo E. (Attorney for Appellants National Wildlife Federation, Florida Wildlife Federation, and Apalachicola Bay and River Keeper)

83. Robertson, Preston (Standing Declarant)

84. Robinson, Clay (Standing Declarant)

85. Robinson-Dorn, Michael (Attorney for Amicus Curiae Robert Graham and Amicus Curiae in the District Court Gwendolyn Graham)

86. Samet, Melissa (Standing Declarant)

87. Sanders, Barbara (Attorney for Amici Curiae in the District Court St. George Island Civic Club, Inc., and St. George Plantation Owners' Association, Inc.)

88. Schwartz, Jonathan L. (Attorney for Amicus Curiae in the District Court Robert Graham and Gwendolyn Graham)

89. Schifman, Reuben S. (Attorney for Appellee Federal Defendants)

90. Semonite, Todd T. (Appellee)

91. Speer, Robert M. (Appellee)

92. Spellmon, Scott A. (Commander and Chief of Engineers of the U.S. Army Corps of Engineers)

93.     St. George Island Civic Club, Inc. (Amicus Curiae in the District Court)

94.     St. George Plantation Owners' Association, Inc. (Amicus Curiae in the District Court)

95.     Stack & Associates, P.C. (Attorneys for Amici Curiae in the District Court Apalachee Audubon Society, Ocean Conservancy, St. George Island Civic Club, Inc., and St. George Plantation Owners' Association, Inc.)

96.     Stack, Donald J. (Attorney for Amici Curiae in the District Court Apalachee Audubon Society, Ocean Conservancy, St. George Island Civic Club, Inc., and St. George Plantation Owners' Association, Inc.)

97.     State of Alabama (Appellant)

98.     State of Georgia (Appellee / Intervenor)

99.     Sturm, Kimberly A. (Attorney for Amici Curiae in the District Court: Calhoun County, Fla., Franklin County, Fla., Liberty County, Fla., Jackson County, Fla., Florida Coastal Conservation Association, Trip Aukeman, Albert Bryant, Shannon Hartsfield, Lynn Martina, Kevin Martina, Carmen McLemore, Daniel Taunton, Richard Bickel, Thomas Ward, and City of Apalachicola, Fla.)

100. Taunton, Daniel (Amicus Curiae in the District Court)

101. Thrash Jr, Thomas W. (U.S. District Judge for the Northern District of Georgia)

102. Tonsmeire, Dan (Standing Declarant)

103. Turner, David C. (Appellee)

104. University of California Irvine Environmental Law Clinic (Attorneys for Amici Curiae Robert Graham and Amicus Curiae in the District Court Gwendolyn Graham)

105. U.S. Army Corps of Engineers (Appellee)

106. U.S. Department of Justice, Environmental and Natural Resources Division (Attorneys for Federal Appellees)

107. Vermont Law School Environmental Advocacy Clinic (Attorneys for Amici Curiae in the District Court: Calhoun County, Fla., Franklin County, Fla., Liberty County, Fla., Jackson County, Fla., Florida Coastal Conservation Association, Trip Aukeman, Albert Bryant, Shannon Hartsfield, Lynn Martina, Kevin Martina, Carmen McLemore, Daniel Taunton, Richard Bickel, Thomas Ward, and City of Apalachicola, Fla.)

108. Waldbeser, Drew F. (Attorney for Appellee / Intervenor State of Georgia)

109. Ward, Thomas (Amicus Curiae in the District Court)

110. Weissman, P.C. (Attorneys for Amici Curiae in the District Court Calhoun County, Fla., Franklin County, Fla., Liberty County, Fla., Jackson County, Fla., Florida Coastal Conservation Association, Trip Aukeman, Albert Bryant, Shannon Hartsfield, Lynn Martina, Kevin Martina, Carmen McLemore, Daniel Taunton, Richard Bickel, Thomas Ward, and City of Apalachicola, Fla.)

111. Williams, Jean E. (Attorney for Federal Appellees)

112. Wormuth, Christine (Secretary of the United States Army)

*State of Alabama, et al. v. U.S. Army Corps of Engineers, et al.,* Appeal Nos. 21-13104, 21-13444

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1(a) and Eleventh

Circuit Rule 26.1-1, Appellants National Wildlife Federation, Florida Wildlife

Federation, and Apalachicola Bay and River Keeper affirm that there are no parent

or publicly held corporations pertinent to them such as to require disclosure.

/s/ Tania Galloni
TANIA GALLON

## APPELLANTS NATIONAL WILDLIFE FEDERATION, FLORIDA WILDLIFE FEDERATION, AND APALACHICOLA BAY AND RIVER KEEPER'S RENEWED UNOPPOSED MOTION TO SEVER APPEALS

Pursuant to Federal Rule of Appellate Procedure 27 and Eleventh Circuit Rule 27-1, Appellants National Wildlife Federation, Florida Wildlife Federation, and Apalachicola Bay and River Keeper ("Environmental Parties") respectfully move the Court for an order severing their appeal (Appeal No. 21-13444) from the appeal filed by the State of Alabama (Appeal No. 21-13104). In support of the Motion, the Environmental Parties state as follows:

The Environmental Parties' appeal arises from legal deficiencies in the U.S. Army Corps of Engineers' ("Corps") assessment of the environmental impacts on the Apalachicola River, floodplain, and bay in Florida caused by the agency's control of freshwater flows in the Apalachicola-Chattahoochee-Flint ("ACF") River Basin. On April 27, 2017, the Environmental Parties filed their challenge against the Corps' Final Environmental Impact Statement, Master Water Control Manual, and Record of Decision for the ACF River Basin in the U.S. District Court for the District of Columbia, where a related action by the State of Alabama was pending. The Environmental Parties alleged that the Corps' actions violated the National Environmental Policy Act ("NEPA"), 42 U.S.C. §§ 4321–4347; the 2007

1

*State of Alabama, et al. v. U.S. Army Corps of Engineers, et al.,* Appeal Nos. 21-13104, 21-13444

Water Resources Development Act ("WRDA"), 33 U.S.C. §§ 2283–2283c; the

Fish and Wildlife Coordination Act ("FWCA"), 16 U.S.C. §§ 661–667e, and the

Administrative Procedure Act ("APA"), 5 U.S.C. §§ 701–706.

The U.S. District Court for the District of Columbia transferred both the

Environmental Parties' and Alabama's actions to the U.S. District Court for the

Northern District of Georgia, where the cases were consolidated under the caption

*In re ACF Basin Litigation*, Civil Action No. 1:18-mi-43 (N.D. Ga.).  By orders

entered on May 22, 2020, and August 11, 2021, the district court ruled in favor of

the Federal Defendants and the Georgia Intervenors on the respective claims

asserted by Alabama and the Environmental Parties.  N.D. Ga. Dkts. 146, 234.[1]

The district court also denied the Environmental Parties' Motion for Leave to

Amend their Complaint.  N.D. Ga. Dkt. 160.

On September 10, 2021, the State of Alabama timely filed a Notice of

Appeal.  N.D. Ga. Dkt. 236.  The Court of Appeals docketed that appeal as Case

No. 21-13104.  On October 6, 2021, the Environmental Parties timely filed a

Notice of Appeal.  N.D. Ga. Dkt. 243.  The Court of Appeals initially docketed the

---

[1] "N.D. Ga. Dkt." refers to the district court's docket entries and "Doc." refers to
the appellate court's docket entries.

Environmental Parties' appeal as Appeal No. 21-13444. The Court then sua sponte consolidated the Environmental Parties' appeal with Appeal No. 21-13104. *See* Fed. R. App. P. 3(b)(2); 11th Cir. R. 12-2.

On December 2, 2022, the Environmental Parties timely filed their initial brief. No other briefing was filed while Alabama, the Federal Defendants, and Georgia Intervenors continued settlement discussions. *See* 11th Cir. R. 31-1(a) (requiring appellee to serve and file brief only after service of brief of the "last appellant").

On December 12, 2023, Alabama, the Federal Defendants, and Georgia Intervenors filed a Joint Motion to Hold (Alabama's) Appeal in Abeyance, in light of an agreement reached by the Moving Parties as to Alabama's appeal. Doc. 59 at 3. The Environmental Parties consented to a stay of the appeal filed by the State of Alabama, objected to a stay of their own appeal, and indicated that they would move to sever the appeals, to which all parties consented. *Id.* at 5–6. On December 18, 2023, the Court granted the motion and held the appeal as to all parties in abeyance until May 13, 2024. Doc. 61.

On December 15, 2023, the Environmental Parties filed the Unopposed Motion to Sever Appeals seeking an order severing their appeal (Appeal No. 21-

13444) from the appeal filed by the State of Alabama (Appeal No. 21-13104) in

light of the divergence of the cases since the consolidation.   Doc. 60 at 3–4 (citing

*Nat'l Hisp. Media Coal. v. FCC*, No. 92-1549, 1994 WL 498000, at *1 (D.C. Cir.

May 20, 1994) (order vacating consolidation)).

The Environmental Parties argued that because they are not parties to the

Alabama Agreement, and the Alabama Agreement does not address any of the

issues raised in the Environmental Parties' appeal, the agreement would not

remedy the harms the Environmental Parties are experiencing as a result of the

Corps' actions.  *Id.* at 4.  The Environmental Parties further argued that a stay of

the Environmental Parties' appeal, which no party has requested, would prejudice

the Environmental Parties by unnecessarily delaying final resolution of their claims

and that it was no longer in the interest of judicial economy to continue the

consolidation.  *Id.* (citing 11th Cir. R. 12-2).

On January 11, 2024, the Court denied the Environmental Parties' motion to

sever and, on its own motion, lifted the abeyance in part as to the Environmental

Parties, only, and directed briefing on their claims to resume and proceed

separately from briefing on Alabama's claims.  Doc. 62.  Briefing on the

Environmental Parties' appeal concluded on July 23, 2024.  Doc. 85.

*State of Alabama, et al. v. U.S. Army Corps of Engineers, et al.,* Appeal Nos. 21-13104, 21-13444

On May 7, 2024, the Court granted a Renewed Joint Motion to Hold Appeal in Abeyance filed by Alabama, the Federal Defendants, and Georgia Intervenors, Doc. 70, holding the appeal in abeyance until December 12, 2024 ("Second Abeyance"), Doc 74. On December 4, 2024, the Court granted a third Joint Motion to Hold Appeal in Abeyance by Alabama, the Federal Defendants, and Georgia Intervenors, Doc. 87-1, holding the appeal in abeyance until January 13, 2025 ("Third Abeyance"), Doc 88.

On January 9, 2025, Alabama, the Federal Defendants, and Georgia Intervenors filed a fourth Joint Motion to Hold [Alabama's] Appeal in Abeyance, Doc 89-1, requesting a one-year abeyance until January 13, 2026. The Environmental Parties objected to the extent the stay would delay resolution of their appeal (Appeal No. 21-13444) and stated their intent to renew the motion to sever the appeals to avoid such delay. Doc. 89-1 at 8.

In light of the three abeyances of Alabama's appeal (now totaling two years) and the request for a fourth one-year abeyance, the Environmental Parties renew their motion to sever so that their appeal, which is now fully briefed, may proceed to judgment. All parties have consented to this relief, and therefore no party would be prejudiced by it. The Environmental Parties are prejudiced, however, by

lengthy delays resulting from an agreement that has no bearing on their claims or injuries. Doc. 219-1. Severance is appropriate where, as here, previously consolidated actions diverge. *See, e.g.*, *Nat'l Hisp. Media Coal. v. FCC*, No. 92-1549, 1994 WL 498000, at *1 (D.C. Cir. May 20, 1994) (order vacating consolidation).

Accordingly, the Environmental Parties respectfully request that their appeal (Appeal No. 21-13444) be severed from Alabama's appeal (Appeal No. 21-13104). In the alternative, the Environmental Parties respectfully request that the abeyance be lifted in full as to the Environmental Parties' appeal so that it may proceed to resolution.

In accordance with 11th Circuit Rule 27-1(a)(5), undersigned certifies that she conferred with counsel for the Federal Defendants and Georgia Intervenors, as well as with counsel for Appellant State of Alabama, and that counsel for all other parties have no objection to the relief sought.

Respectfully submitted this 16th day of January 2025.

/s/ Tania Galloni
TANIA GALLONI
FL Bar No. 619221
CHRISTINA I. REICHERT
FL Bar No. 114257

*State of Alabama, et al. v. U.S. Army Corps of Engineers, et al.,* Appeal Nos. 21-13104, 21-13444

Earthjustice
4500 Biscayne Blvd., Ste. 201
Miami, FL 33137
T: (305) 440-5433
F: (850) 681-0020
tgalloni@earthjustice.org
creichert@earthjustice.org

BONNIE MALLOY
FL Bar No. 86109
Earthjustice
111 S. MLK Jr. Blvd.
Tallahassee, FL
T: (850) 681-0031
F: (850) 681-0020
bmalloy@earthjustice.org

*State of Alabama, et al. v. U.S. Army Corps of Engineers, et al.,* Appeal Nos. 21-13104, 21-13444

## CERTIFICATE OF COMPLIANCE

This is to certify that the foregoing motion complies with the type-volume limitations and typeface requirements of Federal Rule of Appellate Procedure 32(a). Specifically, this motion is printed in proportionally spaced, 14-point Times New Roman font using one-inch margins in compliance with Federal Rule of Appellate Procedure 32(a)(4)–(6), and with the exception of footnotes and indented quotations, it is printed with double-spacing in compliance with Federal Rule of Appellate Procedure 32(a)(4). Excluding items that are exempted, this motion contains a total of 1,255 words to meet the limitation of Federal Rule of Appellate Procedure 27(d)(2)(A). This certificate was prepared in reliance on the word processing system (Microsoft Word) used for this motion.

/s/ Tania Galloni
TANIA GALLONI

*State of Alabama, et al. v. U.S. Army Corps of Engineers, et al.,* Appeal Nos. 21-13104, 21-13444

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Appellate Procedure 25 and Eleventh Circuit Rule 25(c), I hereby certify that on the 16th day of January 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send notification of such filing to all counsel of record in this case. All registered CM/ECF users will be served by the Court's CM/ECF system.

/s/ Tania Galloni
TANIA GALLONI