# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 21-13104

_____

STATE OF ALABAMA,
NATIONAL WILDLIFE FEDERATION, INC.,
FLORIDA WILDLIFE FEDERATION,
APALACHICOLA BAY AND RIVER KEEPER, INC.,

                                                          Plaintiffs-Appellants,

*versus*

U.S. ARMY CORPS OF ENGINEERS,
SECRETARY, US DEPARTMENT OF THE ARMY,
ASSISTANT SECRETARY OF THE US ARMY FOR
CIVIL WORKS,
COMMANDER AND CHIEF OF ENGINEERS FOR US
ARMY CORPS OF ENGINEERS,
DIVISION COMMANDER FOR SOUTH ATLANTIC DIVISION
OF US ARMY CORPS OF ENGINEERS, et al.,

Defendants-Appellees,

STATE OF GEORGIA,
ATLANTA REGIONAL COMMISSION,
CITY OF ATLANTA, GEORGIA,
COBB COUNTY-MARIETTA WATER AUTHORITY,
DEKALB COUNTY, GEORGIA,
FORSYTH COUNTY,
FULTON COUNTY, GEORGIA,
CITY OF GAINESVILLE, GEORGIA,
GWINNETT COUNTY, GEORGIA,

Intervenors-Defendants-Appellees.

————————

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:18-mi-00043-TWT

————————

ORDER:

"Appellants National Wildlife Federation, Florida Wildlife Federation, and Apalachicola Bay and River Keeper's Renewed Unopposed Motion to Sever Appeals" is DENIED.

The Court previously *sua sponte* lifted the abeyance in this case as to Appellants National Wildlife Federation, Florida Wildlife Federation, and Apalachicola Bay and River Keeper (the "Environmental Appellants"), and their appeal is now fully briefed.

Accordingly, the Court will consider the merits of the Environmental Appellants' appeal separately from the appeal of Appellant State of Alabama.

/s/ Elizabeth L. Branch
UNITED STATES CIRCUIT JUDGE