# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 21-13104

_____

STATE OF ALABAMA,
NATIONAL WILDLIFE FEDERATION, INC.,
FLORIDA WILDLIFE FEDERATION,
APALACHICOLA BAY AND RIVER KEEPER, INC.,

                                                                       Plaintiffs-Appellants,

*versus*

U.S. ARMY CORPS OF ENGINEERS,
SECRETARY, US DEPARTMENT OF THE ARMY,
ASSISTANT SECRETARY OF THE US ARMY FOR
CIVIL WORKS,
COMMANDER AND CHIEF OF ENGINEERS FOR US
ARMY CORPS OF ENGINEERS,
DIVISION COMMANDER FOR SOUTH ATLANTIC DIVISION
OF US ARMY CORPS OF ENGINEERS, et al.,

Defendants-Appellees,

STATE OF GEORGIA,
ATLANTA REGIONAL COMMISSION,
CITY OF ATLANTA, GEORGIA,
COBB COUNTY-MARIETTA WATER AUTHORITY,
DEKALB COUNTY, GEORGIA,
FORSYTH COUNTY,
FULTON COUNTY, GEORGIA,
CITY OF GAINESVILLE, GEORGIA,
GWINNETT COUNTY, GEORGIA,

Intervenors-Defendants-Appellees.

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:18-mi-00043-TWT

_____

ORDER:

The "Renewed Joint Motion to Hold the Appeal in Abeyance" is GRANTED.

The State of Alabama's appeal is held until January 13, 2026. A renewed motion should be filed if the moving parties wish to further hold the appeal in abeyance beyond that date.


    /s/ Elizabeth L. Branch
UNITED STATES CIRCUIT JUDGE