Nos. 21-13104 & 21-13444

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

STATE OF ALABAMA, et al.,
*Plaintiffs/Appellants*,

v.

UNITED STATES ARMY CORPS OF ENGINEERS, et al.,
*Defendants/Appellees*.

Appeal from the United States District Court for the Northern District of Georgia
No. 1:18-MI-00043 (Hon. Thomas W. Thrash)

**MOTION TO WITHDRAW APPEARANCE OF MICHAEL T. GRAY**

<table>
<tr><td></td><td>ADAM R.F. GUSTAFSON<br>*Acting Assistant Attorney General*</td></tr>
<tr><td>Of Counsel:</td><td></td></tr>
<tr><td>CHRISTINA AUSTIN-SMITH<br>JESSE HUFSTEDLER<br>*Attorneys*<br>U.S. Army Corps of Engineers</td><td>MICHAEL T. GRAY<br>*Attorney*<br>Environment and Natural Resources Division<br>U.S. Department of Justice<br>Post Office Box 7415<br>Washington, D.C. 20044<br>(202) 532-3147<br>michael.gray2@usdoj.gov</td></tr>
</table>

# CERTIFICATE OF INTERESTED PERSONS

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rule 26.1-1, the undersigned counsel certify the following persons or entities have been associated with or have an interest in the outcome of this case:

1.  Allen, John C. (Attorney for Appellee / Intervenor State of Georgia)

2.  Allen, Kenneth W. (Attorney for Appellee / Intervenor State of Georgia)

3.  Andre, Abigail (Attorney for Amici Curiae Apalachee Audubon Society and Ocean Conservancy, St. George Island Civic Club and Plantation Owners, Robert Graham, Gwendolyn Graham, Calhoun County, Franklin County, Liberty County, Jackson County, Florida Coastal Conservation Association, Trip Aukeman, Albert Bryant, Shannon Hartsfield, Lynn Martina, Kevin Martina, Carmen McLemore, Daniel Taunton, Richard Bickel, Thomas Ward, and City of Apalachicola, Florida)

4.  Apalachee Audubon Society and Ocean Conservancy (Amicus Curiae in District Court)

5.  Apalachicola Bay and River Keeper (Plaintiff in District Court)

6.  Atlanta Regional Commission (Appellee / Intervenor)

7.  Aukeman, Trip (Amicus Curiae in District Court)

8.  Austin Smith, Christina (Counsel for Army Corps of Engineers)

9.  Bickel, Richard (Amicus Curiae in District Court)

10.  Boies Schiller Flexner LLP (Attorneys for Amicus Curiae Robert Graham)

11.  Bryant, Albert (Amicus Curiae in District Court)

12.  Calhoun County, Florida (Amicus Curiae in District Court)

13.  Carr, Christopher M. (Attorney for Appellee / Intervenor State of Georgia)

14.     Chapman, Jeremy J. (District Commander for Mobile District of the U.S. Army Corps of Engineers)

15.     City of Apalachicola, Florida (Amicus Curiae in District Court)

16.     City of Atlanta, Georgia (Appellee / Intervenor)

17.     City of Gainesville, Georgia (Appellee / Intervenor)

17.     Cobb-County Marietta Water Authority (Appellee / Intervenor)

19.     Coe, Alisa (Attorney for Plaintiffs National Wildlife Federation, Florida Wildlife Federation, and Apalachicola Bay and River Keeper)

20.     Connor, Michael L. (Assistant Secretary of the U.S. Army for Civil Works)

21.     DeKalb County (Appellee / Intervenor)

22.     DeLapp, James A. (Appellee)

23.     Drumm, Starr T. (Attorney for Appellant)

24.     Dycus, John P. (Attorney for Plaintiffs National Wildlife Federation, Florida Wildlife Federation, and Apalachicola Bay and River Keeper)

25.     Earthjustice Legal Defense Fund, Inc. (Law firm representing National Wildlife Federation, Inc., Florida Wildlife Federation, and Apalachicola Bay and River Keeper, Inc.)

26.     Ellerhorst, Shelly Jacobs (Attorney for Appellee / Intervenor State of Georgia)

27.     Fellows LaBriola, LLP (Attorneys for Appellant)

28.     Florida Coastal Conservation Association (Amicus Curiae in District Court)

29.     Florida Wildlife Federation (Plaintiff in District Court)

30.     Forsyth County (Appellee / Intervenor)

31.     Fortuna, John L. (Attorney for Appellees / Intervenors Atlanta Regional Commission, Cobb County-Marietta Water Authority, DeKalb County, Forsyth County, Fulton County, Gwinnett County, City of Atlanta, Georgia, and City of Gainesville, Georgia)

32.     Franklin County, Florida (Amicus Curiae in District Court)

33.     Fulton County (Appellee / Intervenor)

34.     Galloni, Tania (Attorney for Plaintiffs National Wildlife Federation, Florida Wildlife Federation, Apalachicola Bay and River Keeper)

35.     Gormley, Neil E. (Attorney for Plaintiffs National Wildlife Federation, Florida Wildlife Federation, Apalachicola Bay and River Keeper)

36.     Gwendolyn Graham (Amicus Curiae in District Court)

37.     Graham, Robert (Amicus Curiae in District Court)

38.     Gray, Michael (Attorney for Appellee Federal Defendants)

39.     Gretchen, Michael C. (Attorney for Appellant)

40.     Gustafson, Adam R.F. (Acting Assistant Attorney General)

41.     Gwinnett County (Appellee / Intervenor)

42.     Hartsfield, Shannon (Amicus Curiae in District Court)

43.     Hibner, Daniel H. (Division Commander for the South Atlantic Division of the U.S. Army Corps of Engineers)

44.     Hill, Brandt P. (Attorney for Appellant)

45.     Hufstedler, Jessie (Counsel for Army Corps of Engineers)

46.     Jackson County, Florida (Amicus Curiae in District Court)

47.     Jon L. Schwartz, Attorney at Law, P.C. (Law firm representing Robert Graham and Gwendolyn Graham, Amici in District Court Action)

48.     Jones, Lewis B. (Attorney for Appellees / Intervenors Atlanta Regional Commission, Cobb County-Marietta Water Authority, DeKalb County, Forsyth County, Fulton County, Gwinnett County, City of Atlanta, Georgia, and City of Gainesville, Georgia)

49.     Jones Fortuna LP (Attorneys for Appellees / Intervenors Atlanta Regional Commission, Cobb County-Marietta Water Authority, DeKalb County, Forsyth County, Fulton County, Gwinnett County, City of Atlanta, Georgia, and City of Gainesville, Georgia)

50.     Kazmarek Mowrey Cloud Laseter LLP (Attorneys for Appellee / Intervenor State of Georgia)

51.     Kelley, Jason E. (U.S. Army Corps of Engineers)

52.     Kirkland & Ellis LLP (Attorneys for Appellee / Intervenor State of Georgia)

53.     Korte, Brett (Attorney for Amicus Curiae Robert Graham)

54.     LaBriola, Stephen T. (Attorney for Appellant)

55.     Lacour, Jr, Edmund G. (Attorney for Appellant)

56.     Lamont, Douglas (Appellee)

57.     Law Office of Barbara Sanders (Attorney for Amicus Curiae St. George Island Civic Club and Plantation Owners)

58.     Liberty County, Florida (Amicus Curiae in District Court)

59.     Malloy, Bonnie (Attorney for Plaintiffs National Wildlife Federation, Florida Wildlife Federation, and Apalachicola Bay and River Keeper)

60.     Marshall, Steven (Attorney for Appellant)

61.     Martina, Kevin (Amicus Curiae in District Court)

62.     Martina, Lynn (Amicus Curiae in District Court)

63.     Maynard Nexsen (Attorneys for Appellants)

64.     McLemore, Carmen (Amicus Curiae in District Court)

65.     Mills, Jon (Attorney for Amici Curiae Robert Graham and Gwendolyn Graham)

66.     National Wildlife Federation (Plaintiff in District Court)

67.     Neiman Jr., John C. (Attorney for Appellant)

68.     Patton Dycas Law, LLC (Attorneys for Plaintiffs National Wildlife Federation, Florida Wildlife Federation, and Apalachicola Bay and River Keeper)

69.     Petrany, Stephen J. (Attorney for Appellee / Intervenor State of Georgia)

70.     Pinkham, Jaime A. (Principal Deputy Assistant Secretary of the U.S. Army for Civil Works)

71.     Primis, Craig S. (Attorney for Appellee / Intervenor State of Georgia)

72.     Reichert, Christina I. (Attorney for Plaintiffs National Wildlife Federation, Florida Wildlife Federation, and Apalachicola Bay and River Keeper)

73.     Roady, Stephen E. (Attorney for Amicus Curiae Apalachee Audubon Society and Ocean Conservancy)

74.     Robinson-Dorn, Michael (Attorney for Amicus Curiae Robert Graham)

75.     Sanders, Barbara (Attorney for Amicus Curiae St. George Island Civic Club and Plantation Owners)

76.     Schifman, Reuben S. (Attorney for Appellee Federal Defendants)

77.     Schwartz, Jonathan L. (Attorney for Amicus Curiae Robert Graham)

78.     Semonite, Todd T. (Appellee)

79.     Speer, Robert M. (Appellee)

80.     Spellmon, Scott A. (Commander and Chief of Engineers of the U.S. Army Corps of Engineers)

81.     St. George Island Civic Club and Plantation Owners (Amicus Curiae in District Court)

82.     Stack & Associates, P.C. (Attorneys for Amici Curiae Apalachee Audubon Society and Ocean Conservancy and St. George Island Civic Club and Plantation Owners)

83.     Stack, Donald J. (Attorney for Amici Curiae Apalachee Audubon Society and Ocean Conservancy and St. George Island Civic Club and Plantation Owners)

84.     State of Alabama (Appellant)

85.     State of Georgia (Appellee / Intervenor)

86.     Sturm, Kimberly A. (Attorney for Amici Curiae Calhoun County, Franklin County, Liberty County, Jackson County, Florida Coastal Conservation Association, Trip Aukeman, Albert Bryant, Shannon Hartsfield, Lynn Martina, Kevin Martina, Carmen McLemore, Daniel Taunton, Richard Bickel, Thomas Ward, and City of Apalachicola, Florida)

87.     Swider Berlin Shereff Friedman (Attorneys for Amicus Curiae Apalachee Audubon Society and Ocean Conservancy)

88.     Swidler Berlin Shereff Friedman LLP (Law firm representing Apalachee Audubon Society and Ocean Conservancy, Amicus in District Court Action)

89.     Taunton, Daniel (Amicus Curiae in District Court)

90.     Thrash Jr, Thomas W. (United States District Judge for the Northern District of Georgia)

91.     Toth, Brian C. (Attorney for Appellee Federal Defendants)

92.     Turner, David C. (Appellee)

93.     United States Army Corps of Engineers (Appellee)

94.     United States Department of Justice, Environmental and Natural Resources Division (Representing Appellee Federal Defendants)

95.     University of California Irvine Environmental Law Clinic (Representing Robert Graham and Gwendolyn Graham, Amici in District Court Action)

96.     Vermont Law School Environmental Advocacy Clinic (Representing Calhoun County, Florida; Franklin County, Florida; Liberty County, Florida; Jackson County, Florida; Florida Coastal Conservation Association; Trip Aukeman; Albert Bryant; Shannon Hartsfield; Lynn Martina; Kevin Martina; Carmen McLemore; Daniel Taunton; Richard Bickel; Thomas Ward, and City of Apalachicola, Amici in District Court Action)

97.     Ward, Thomas (Amicus Curiae in District Court)

98.     Weissman, P.C. (Attorneys for Amici Curiae Calhoun County, Franklin County, Liberty County, Jackson County, Florida Coastal Conservation Association, Trip Aukeman, Albert Bryant, Shannon Hartsfield, Lynn Martina, Kevin Martina, Carmen McLemore, Daniel Taunton, Richard Bickel, Thomas Ward, and City of Apalachicola, Florida)

99.     Williams, Jean E. (Attorney for Appellee Federal Defendants)

100.   Wormuth, Christine (Secretary of the United States Army Corps of Engineers)

/s/ *Michael T. Gray*
MICHAEL T. GRAY

Counsel for Appellees

**MOTION TO WITHRDAW APPEARANCE OF MICHAEL T. GRAY**

Federal Defendants the U.S. Army Corps of Engineers, Secretary, U.S.

Department of the Army, Assistant Secretary of the U.S. Army for Civil Works,

and Commander and Chief of Engineers, U.S. Army Corps of Engineers, Division

Commander for South Atlantic Division, hereby moves to withdraw Michael T.

Gray as its counsel in the above captioned appeals. Mr. Gray has resigned from the

U.S. Department of Justice, effective April 18, 2025. Federal Defendants will

continue to be represented in this appeal by Brian C. Toth of the U.S. Department

of Justice.

<div style="margin-left:40%">

Respectfully submitted,

/s/ *Michael T. Gray*
ADAM R.F. GUSTAFSON
*Acting Assistant Attorney General*

</div>

Of Counsel:

CHRISTINA AUSTIN-SMITH
JESSE HUFSTEDLER
*Attorneys*
U.S. Army Corps of Engineers

<div style="margin-left:40%">

MICHAEL T. GRAY
*Attorney*
Environment and Natural Resources Division
U.S. Department of Justice
Post Office Box 7415
Washington, D.C. 20044
(202) 532-3147
michael.gray2@usdoj.gov

</div>

April 15, 2025
90-1-4-15412

**CERTIFICATE OF COMPLIANCE**

1.      This document complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because this document contains 89 words.

2.      This document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word 2016 in 14-point Times New Roman font.

/s/ *Michael T. Gray*
MICHAEL T. GRAY

Counsel for Appellees