# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 21-13104

_____

STATE OF ALABAMA,
NATIONAL WILDLIFE FEDERATION, INC.,
FLORIDA WILDLIFE FEDERATION,
APALACHICOLA BAY AND RIVER KEEPER, INC.,

                                                Plaintiffs-Appellants,

*versus*

U.S. ARMY CORPS OF ENGINEERS,
SECRETARY, US DEPARTMENT OF THE ARMY,
ASSISTANT SECRETARY OF THE US ARMY FOR
CIVIL WORKS,
COMMANDER AND CHIEF OF ENGINEERS FOR US
ARMY CORPS OF ENGINEERS,
DIVISION COMMANDER FOR SOUTH ATLANTIC DIVISION
OF US ARMY CORPS OF ENGINEERS, et al.,

Defendants-Appellees,

STATE OF GEORGIA,
ATLANTA REGIONAL COMMISSION,
CITY OF ATLANTA, GEORGIA,
COBB COUNTY-MARIETTA WATER AUTHORITY,
DEKALB COUNTY, GEORGIA,
FORSYTH COUNTY,
FULTON COUNTY, GEORGIA,
CITY OF GAINESVILLE, GEORGIA,
GWINNETT COUNTY, GEORGIA,

Intervenors-Defendants-Appellees.

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:18-mi-00043-TWT

_____

ORDER:

Motion to withdraw as counsel filed by Attorney Michael Thomas Gray for Appellees Assistant Secretary of the United States Army (Civil Works), Commander and Chief of Engineers for US Army Corps of Engineers, Division Commander of the South Atlantic Division, U.S. Army Corps of Engineers, Secretary, US

Department of the Army and U.S. Army Corps of Engineers is GRANTED.


/s/ Adalberto Jordan
UNITED STATES CIRCUIT JUDGE